**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**SAMUEL HARRIS,**

    **Plaintiff,**

**vs.**                                                                **CASE NO. 1:04CV414-MMP/AK**

**CHARLES J. CRIST,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION**

    Plaintiff has again filed a complaint asserting claims against the State Attorney who prosecuted his criminal action in state court. The claims are the same ones asserted in Harris v. Crist, Case No. 1:03CV169-MMP/AK, which was dismissed on March 18, 2004, (doc. 38 in 1:03CV169), and in Harris v. State Attorney's Office, Case No. 1:04CV02-MMP/AK, which the undersigned has recommended be dismissed as frivolous for the same reasons it was recommended that Case No. 1:03CV169 be dismissed. (Doc. 6 in 1:04CV02).

    It is therefore **RECOMMENDED** that the present case be **DISMISSED** as frivolous and that the order adopting this report and recommendation reflect that this

action was dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(I) and that this dismissal constitutes a third strike as set forth in 28 U.S.C. 1915(g).

**IN CHAMBERS** at Gainesville, Florida, this 4th Day of February, 2005.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 1:04cv414-mmp/ak**