IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL ELI HARRIS,

    Plaintiff,

v.	CASE NO. 1:04-cv-00414-MP-AK

CHARLES J CRIST, JR,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 2, Report and Recommendations of the Magistrate Judge, recommending that the present case be dismissed as frivolous. Objections to Report and Recommendation were due by March 4, 2005, but none were filed. Plaintiff has for the third time filed a complaint asserting claims against the State Attorney who prosecuted his criminal action in state court. The claims are the same ones asserted in two other cases which were found to be frivolous. The Magistrate Judge therefore recommends that the present case be dismissed as frivolous. The Court agrees that this action is frivolous and should be dismissed. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.    This matter is dismissed as frivolous pursuant to 28 U.S.C. 1915(e)(2)(B)(I).

    2.    The Court certifies that this dismissal constitutes a third strike as set forth in 28 U.S.C. 1915(g).

    **DONE AND ORDERED** this  *22nd*  day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge